IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IOU CENTRAL, INC. | : |
| d/b/a IOU FINANCIAL, INC | : |
| | : |
| Plaintiff, | : |
| vs. | : |
| | : CASE NO: 19-cv-04427-TWT |
| EMBRYOLISSE USA, INC n/k/a | : |
| ZOBEAUTY, INC., ET AL | : |
| | : |
| Defendants. | : |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUIDCE REGARDING THE ORDER [DOC 65]**

Per Fed. R. Civ. P. 41 (A)(1) (i), IOU files its Notice of Dismissal as to the entire case per the Order [Doc 65].

**STATEMENT OF FACTS**

1.  This case was dismissed without prejudice as to the McIntyre Defendants, per their personal jurisdiction defense, [Doc 65] precluding a decision on its merits as to them. ***Courboin v. Scott***, 596 Fed. Appx. 729, 735 (11th Cir. 2014)[reversed erroneous dismissal with prejudice, for lack of personal jurisdiction] *citing* ***Republic of Panama v. BCI***, 119 F.3d 935, 940 (11th Cir. 1997); ***Madara v. Hall***, 916 F.2d, 1510, 1514 & 1514 n.1. (11th Cir. 1997).

1

2. The Court ordered IOU to file a Third Amended Complaint as to Embryolisse by 4/5/21 [Doc 65] sole remaining Defendant, which never appeared.

3. However, continuing this suit places IOU at risk of splitting its claims against Embryolisse here and other parties in a later Florida case, where personal jurisdiction would be proper, such as to the McIntyre Defendants.  A later suit may be dismissed for claim-splitting if it "1) involves the same parties and their privies; and 2) arises out of the same transaction or series of transactions as the first suit." **_Greene v. H&R Block E. Enters., Inc._**, 727 F. Supp. 2d 1363, 1367 (S.D. Fla. 2010).  Those factors are clearly implicated here.

4. Per Fed. R. Civ. P. 41 (a) (1)(i), IOU voluntarily dismisses this case in its entirety without prejudice, requiring no consent of another party.  Defendant Embryolisse is the sole remaining defendant, which never appeared in this case.

## CERTIFICATE OF COMPLIANCE

Per L.R. 5.1(C), I certify this document was prepared per L.R. 5.1(B) in Times Roman 14-point typeface.,

## CERTIFICATE OF SERVICE

I certify a precise copy of this document was filed ECF on the below date sending notice to counsel of record.

Respectfully submitted this 5th day of April 2021.

> By: */s/Paul G. Wersant*
> Paul G. Wersant
> Georgia Bar No. 748341
> 3245 Peachtree Parkway, Suite D-245
> Suwanee, Georgia 30024
> Telephone: (678) 894-5876
> Email: pwersant@gmail.com
> Attorney for Plaintiff
> File No. 106412