## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IOU CENTRAL, INC.<br>d/b/a<br>IOU Financial, Inc.,<br><br>                   Plaintiff,<br><br>vs.<br><br>EMBRYOLISSE USA, INC., RICHARD J. MCINTYRE and MCINTYRE, THANASIDES, BRINGGOLD, ELLIOTT, GRIMALDI, GUITO & MATTHEWS, P.A.,<br><br>                   Defendants. | CIVIL ACTION FILE<br><br>NO. 1:19-cv-4427-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, United States District Judge, for consideration of Defendants Richard J. McIntyre and McIntyre, Thanasides, Bringgold, Elliott, Grimaldi, Guito & Matthews, P.A.'s Motion to Dismiss, and the court having granted said motion on March 22, 2021, and the plaintiff having voluntarily dismissed Defendant Embryolisse USA, Inc. on April 5, 2021, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 8th day of April, 2021.

                                                      JAMES N. HATTEN
                                                      CLERK OF COURT

                                                 By:   s/ A. Hogan
                                                           Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 8, 2021
James N. Hatten
Clerk of Court

By:   s/ A. Hogan
       Deputy Clerk